**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00986-CV

**VANTIUM CAPITAL, INC., Appellant**

**V.**

**ACCESS LOSS MITIGATION, LLC, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13246**

## ORDER

We **GRANT** appellant's August 27, 2013 unopposed motion for an extension of time to file a brief. Appellant shall file its brief on or before September 26, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     DAVID LEWIS
         JUSTICE